UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00137

**Greggory Perek,**
*Plaintiff,*

v.

**Cygnus Home Service, LLC,**
*Defendant.*

## ORDER

On April 9, 2021, plaintiff Greggory Perek, filed this complaint. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On May 11, 2021, the defendant filed an opposed motion to dismiss plaintiff's complaint and a memorandum of law in support. Docs. 5, 6. On December 7, 2021, the magistrate judge entered a report recommending denying the motion. Doc. 21. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's motion and memorandum of law in support are denied.

*So ordered by the court on December 29, 2021.*

J. CAMPBELL BARKER
United States District Judge