UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:21-cv-137
———

**Greggory Perek**
*Plaintiff,*

v.

**Cygnus Home Service, LLC**
*Defendant.*
———

## NOTICE OF SETTLEMENT

The parties hereby notify the Court that they reached a full settlement of all pending claims in this matter on or about January 28, 2022.  Formal settlement documents and information are being exchanged and finalized by the parties.  The parties will submit the appropriate pleadings to the Court promptly to secure dismissal and closure of this matter.

Respectfully submitted,

CYGNUS HOME SERVICE, LLC

TODD ALLEN LAW, PLLC
One Energy Square Building
4925 Greenville Avenue, Ste. 200
Dallas, Texas 75206
Telephone: (214) 296-9196

/s/ M. Todd Allen
M. Todd Allen
Texas Bar No. 00796117
Email: todd@allenmediations.com

BASSFORD REMELE
A Professional Association
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: 612-333-3000
Facsimile: 612-333-8829

- 2 -

/s/ *Daniel R. Olson*
Daniel R. Olson (Admitted *Pro Hac Vice)*
dolson@bassford.com

/s/ *Bryce D. Riddle*
Bryce D. Riddle (Admitted *Pro Hac Vice*)
briddle@bassford.com

and    PLAINTIFF GREGGORY PEREK

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ *Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

    I certify that on February 2, 2022, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service.

                                            /s/ M. Todd Allen