IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**GREGGORY PEREK**                                                                   **PLAINTIFF**

vs.                                           No. 6:21-cv-137-JCB

**CYGNUS HOME SERVICE, LLC**                                       **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs. As the Parties' agreement contemplates payments not yet tendered, the Parties request that the Court retain jurisdiction of this matter for 30 days for the limited purpose of enforcing the agreement, if necessary.

                                                                                         Respectfully submitted,

                                                                                        **PLAINTIFF GREGGORY PEREK**

                                                                                        SANFORD LAW FIRM, PLLC
                                                                                        Kirkpatrick Plaza
                                                                                        10800 Financial Centre Pkwy, Suite 510
                                                                                        Little Rock, Arkansas 72211
                                                                                        Telephone: (501) 221-0088
                                                                                        Facsimile: (888) 787-2040

                                                                                        */s/ Josh Sanford*
                                                                                        Josh Sanford
                                                                                        Tex. Bar No. 24077858
                                                                                        josh@sanfordlawfirm.com

    **and**    **DEFENDANT CYGNUS HOME SERVICE, LLC**

TODD ALLEN LAW, PLLC
One Energy Square Building
4925 Greenville Avenue, Suite 200
Dallas, Texas 75206
Telephone: (214) 296-9196

M. Todd Allen
Tex. Bar No. 00796117
todd@allenmediations.com

BASSFORD REMELE
A Professional Association
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

*/s/ Daniel R. Olson*
Daniel R. Olson (Admitted *pro hac vice*)
dolson@bassford.com

Bryce D. Riddle (Admitted *pro hac vice*)
briddle@bassford.com

## CERTIFICATE OF SERVICE

      I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing STIPULATION has been electronically filed with the Clerk for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

    M. Todd Allen, Esq.
    TODD ALLEN LAW, PLLC
    One Energy Square Building
    4925 Greenville Avenue, Suite 200
    Dallas, Texas 75206
    Telephone: (214) 296-9196
    todd@allenmediations.com

    Daniel R. Olson, Esq.
    Bryce D. Riddle, Esq.
    BASSFORD REMELE, A Professional Association
    100 South 5th Street, Suite 1500
    Minneapolis, Minnesota 55402
    Telephone: (612) 333-3000
    Facsimile: (612) 333-8829
    dolson@bassford.com
    briddle@bassford.com

                                               */s/ Josh Sanford*
                                               **Josh Sanford**